Helen Grivas, as Administratrix of the Estate of John M. Grivas, Deceased, Appellant, *v.* City of New York, Respondent.

Argued March 5, 1946; decided June 6, 1946.

*Seymour L. Colin, Arthur L. Obre, Robert R. Bauman* and *George A. Grabow* for appellant.

*John J. Bennett, Corporation Counsel (Aaron B. Coleman* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presented the following questions of fact for the jury: whether the defendant was negligent in failing (a) to keep the viaduct sanded; (b) to post a sign warning drivers that the road was slippery when wet, and (c) to provide an adequate barrier. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, and DYE, JJ. Taking no part: THACHER, J.